PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
3:22CR158-02

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00182-RFB-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Piage Logan, a/k/a Piage Joseph<br>Nevada | North Dakota | Fargo |

☑ FILED    ☐ RECEIVED
☐ ENTERED    ☐ SERVED ON
JUNE 18 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Peter D. Welte |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/21/2025 | 03/20/2028 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances, in violation of 21 U.S.C. 846

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Logan has ties in the District of Nevada and has no plans to return to the District of North Dakota.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    NORTH DAKOTA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 16, 2025
*Date*

/s/ Peter D. Welte
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/24/2025
*Effective Date*

[signature]
*United States District Judge*

1